Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPHARD, individually, and on behalf of the marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>CHELAN COUNTY, by and through its Agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>Defendants. | **NO. 2:23-CV-00041-ACE**<br><br>**NOTICE OF APPEARANCE** |

YOU ARE HEREBY NOTIFIED that KIRK A. EHLIS and MENKE JACKSON BEYER, LLP, without waiving objections as to insufficiency of process or service of process or of jurisdiction, hereby appear as attorneys for Chelan County and Chelan County Sheriff's Office, defendants in the above-entitled action; and all further pleadings, notices, or other documents herein,

**NOTICE OF APPEARANCE- 1**

exclusive of process, should be served upon the undersigned attorneys at their address stated below.

        DATED this 20th day of March, 2023

                s/KIRK A. EHLIS (WSBA #22908)
                Attorneys for Defendants
                Chelan County and Chelan
                County Sheriff's Office
                Menke Jackson Beyer, LLP
                807 North 39th Avenue
                Yakima, Washington 98902
                Telephone: (509) 575-0313
                Fax: (509) 575-0351
                Email: kehlis@mjbe.com

**NOTICE OF APPEARANCE- 2**

**MENKE JACKSON BEYER**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> Nick Andrews, WSBA # 40441
> Nick@campichelaw.com
>
> Daniel F. Horne, WSBA # 54528
> Dan@campichelaw.com
>
> Jeffery M. Campiche, WSBA #7592
> Jeff@campichelaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> None

s/KIRK A. EHLIS (WSBA #22908)
Attorneys for all Defendants
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

NOTICE OF APPEARANCE- 3