Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPARD, individually, and on behalf of the marital community, | NO. 2:23-CV-00041-TOR |
| Plaintiffs, | **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES** |
| vs. | |
| CHELAN COUNTY, by and through its Agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation, | |
| Defendants. | |

Defendant Chelan County answers plaintiffs' complaint as follows:

## 1.    PARTIES

1.1    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 1.1 of plaintiffs' complaint and therefore denies the same.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 1

1.2    Defendant admits the allegations contained in paragraph 1.2 of plaintiffs' complaint.

1.3    In answering the allegations contained in paragraph 1.3 of plaintiffs' complaint, defendant admits that Chelan County is a political subdivision of the State of Washington and that it maintains a Sheriff's Department employing at least fifteen (15) employees. Defendant denies the remaining allegations contained in said paragraph.

## 2.    JURISDICTION AND VENUE

2.1    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 2.1 of plaintiffs' complaint and therefore denies the same.

2.2    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 2.2 of plaintiffs' complaint and therefore denies the same.

2.3    Defendant admits the allegations contained in paragraph 2.3 of plaintiffs' complaint.

2.4    Defendant admits the allegations contained in paragraph 2.4 of plaintiffs' complaint.

2.5    In answering paragraph 2.5 of plaintiff's complaint, defendant admits that the events alleged in plaintiff's complaint occurred in Chelan County,

**DEFENDANT'S ANSWER AND**
**AFFIRMATIVE DEFENSES - 2**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

Washington, but expressly denies that said events occurred as alleged by plaintiffs or that these events constituted a violation of plaintiffs' rights under any federal or state law.

2.6    Defendants deny the allegations contained in paragraph 2.6 of plaintiffs' complaint.

2.7    In answering the allegations contained in paragraph 2.7 of plaintiffs' complaint, defendants admit that this court has jurisdiction to hear and decide the claims made by plaintiffs, but expressly denies that these claims give rise to liability on behalf of defendant.

2.8    As the allegations contained in paragraph 2.8 of plaintiffs' complaint do not contain allegations of fact no response is required.  To the extent that said paragraph does contain allegations of fact those allegations are denied.

2.9    As the allegations contained in paragraph 2.9 of plaintiffs' complaint do not contain allegations of fact no response is required.  To the extent that said paragraph does contain allegations of fact those allegations are denied.

2.10    Defendant admits the allegations contained in paragraph 2.10 of plaintiffs' complaint.

### 3.    ADMINISTRATIVE PROCEDURES

3.1    Defendant admits the allegations contained in paragraph 3.1 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 3**

3.2    Defendant admits the allegations contained in paragraph 3.2 of plaintiffs' complaint.

3.3    Defendant admits the allegations contained in paragraph 3.3 of plaintiffs' complaint.

## 4.    FACTUAL BACKGROUND

4.1    Defendant admits the allegations contained in paragraph 4.1 of plaintiffs' complaint.

4.2    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.2 of plaintiffs' complaint and therefore denies the same.

4.3    Defendant denies the allegations contained in paragraph 4.3 of plaintiffs' complaint.

4.4    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.4 of plaintiffs' complaint and therefore denies the same.

4.5    Defendant denies the allegations contained in paragraph 4.5 of plaintiffs' complaint.

4.6    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.6 of plaintiffs' complaint and therefore denies the same.

**DEFENDANT'S ANSWER AND**
**AFFIRMATIVE DEFENSES - 4**

4.7    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.7 of plaintiffs' complaint and therefore denies the same.

4.8    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.8 of plaintiffs' complaint and therefore denies the same.

4.9    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.9 of plaintiffs' complaint and therefore denies the same.

4.10    Defendant denies the allegations contained in paragraph 4.10 of plaintiffs' complaint.

4.11    Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.11 of plaintiffs' complaint and therefore denies the same.

4.12    Defendant denies the allegations contained in paragraph 4.12 of plaintiffs' complaint.

4.13    Defendant denies the allegations contained in paragraph 4.13 of plaintiffs' complaint.

4.14    Defendant denies the allegations contained in paragraph 4.14 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 5**

4.15  Defendant admits the allegations contained in paragraph 4.15 of plaintiffs' complaint.

4.16  In answering the allegations contained in paragraph 4.16 of plaintiffs' complaint, defendant responds that in 2017 Deputy Jennifer Tyler did pursue litigation against defendant and others and that Deputy Tyler did prevail in her litigation.  By way of further answer, defendant responds that the underlying pleadings and judgment in Deputy Tyler's litigation speak for themselves. Defendant denies the remaining allegations contained in paragraph 4.16 of plaintiffs' complaint.

4.17  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.17 of plaintiffs' complaint and therefore denies the same.

4.18  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.18 of plaintiffs' complaint and therefore denies the same.

**DISCRIMINATORY CONDUCT**

4.19  Defendant denies the allegations contained in paragraph 4.19 of plaintiffs' complaint.

4.20  Defendant denies the allegations contained in paragraph 4.20 of plaintiffs' complaint.

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 6

4.21   Defendant admits the allegations contained in paragraph 4.21 of plaintiffs' complaint.

4.22   Defendant admits the allegations contained in paragraph 4.22 of plaintiffs' complaint.

4.23   Defendant admits the allegations contained in paragraph 4.23 of plaintiffs' complaint.

4.24   Defendant denies the allegations contained in paragraph 4.24 of plaintiffs' complaint.

4.25   Defendant denies the allegations contained in paragraph 4.25 of plaintiffs' complaint.

4.26   Defendant admits the allegations contained in paragraph 4.26 of plaintiffs' complaint.

4.27   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.27 of plaintiffs' complaint and therefore denies the same.

4.28   Defendant admits the allegations contained in paragraph 4.28 of plaintiffs' complaint.

4.29   Defendant admits the allegations contained in paragraph 4.29 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 7**

4.30   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.30 of plaintiffs' complaint and therefore denies the same.

4.31   Defendant denies the allegations contained in paragraph 4.31 of plaintiffs' complaint.

4.32   Defendant denies the allegations contained in paragraph 4.32 of plaintiffs' complaint.

4.33   Defendant denies the allegations contained in paragraph 4.33 of plaintiffs' complaint.

4.34   Defendant denies the allegations contained in paragraph 4.34 of plaintiffs' complaint.

4.35   Defendant denies the allegations contained in paragraph 4.35 of plaintiffs' complaint.

4.36   Defendant denies the allegations contained in paragraph 4.36 of plaintiffs' complaint.

4.37   Defendant denies the allegations contained in paragraph 4.37 of plaintiffs' complaint.

4.38   Defendant denies the allegations contained in paragraph 4.38 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 8**

4.39   Defendant denies the allegations contained in paragraph 4.39 of plaintiffs' complaint.

4.40   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.40 of plaintiffs' complaint and therefore denies the same.

4.41   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.41 of plaintiffs' complaint and therefore denies the same.

4.42   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.42 of plaintiffs' complaint and therefore denies the same.  By way of further answer defendant specifically denies that plaintiff Aaron Shepard was subjected to bullying and harassment.

4.43   Defendant denies the allegations contained in paragraph 4.43 of plaintiffs' complaint.

4.44   Defendant denies the allegations contained in paragraph 4.44 of plaintiffs' complaint.

4.45   Defendant denies the allegations contained in paragraph 4.45 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 9**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

4.46   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.46 of plaintiffs' complaint and therefore denies the same.

4.47   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.47 of plaintiffs' complaint and therefore denies the same.

4.48   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.48 of plaintiffs' complaint and therefore denies the same.

4.49   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.49 of plaintiffs' complaint and therefore denies the same.

4.50   Defendant denies the allegations contained in paragraph 4.50 of plaintiffs' complaint.

4.51   Defendant denies the allegations contained in paragraph 4.51 of plaintiffs' complaint.

4.52   Defendant denies the allegations contained in paragraph 4.52 of plaintiffs' complaint.

4.53   Defendant denies the allegations contained in paragraph 4.53 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 10**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

4.54  Defendant denies the allegations contained in paragraph 4.54 of plaintiffs' complaint.

4.55  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.55 of plaintiffs' complaint and therefore denies the same.

4.56  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.56 of plaintiffs' complaint and therefore denies the same.

4.57  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.57 of plaintiffs' complaint and therefore denies the same.

4.58  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.58 of plaintiffs' complaint and therefore denies the same.

4.59  Defendants deny the allegations contained in paragraph 4.59 of plaintiffs' complaint.

4.60  Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.60 of plaintiffs' complaint and therefore denies the same.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 11**

**MENKE JACKSON BEYER**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

4.61   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 4.61 of plaintiffs' complaint and therefore denies the same.

4.62   Defendants deny the allegations contained in paragraph 4.62 of plaintiffs' complaint.

4.63   Defendants deny the allegations contained in paragraph 4.63 of plaintiffs' complaint.

4.64   Defendants deny the allegations contained in paragraph 4.64 of plaintiffs' complaint.

4.65   Defendants deny the allegations contained in paragraph 4.65 of plaintiffs' complaint.

4.66   Defendants deny the allegations contained in paragraph 4.66 of plaintiffs' complaint.

4.67   Defendants deny the allegations contained in paragraph 4.67 of plaintiffs' complaint.

4.68   Defendants deny the allegations contained in paragraph 4.68 of plaintiffs' complaint.

4.69   In answering the allegations contained in paragraph 4.69 of plaintiffs' complaint, defendant responds that the EEOC's findings and determination speak for themselves.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 12**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

4.70    Defendant denies the allegations contained in paragraph 4.70 of plaintiffs' complaint.

4.71    Defendant denies the allegations contained in paragraph 4.71 of plaintiffs' complaint.

## 5.    FIRST CAUSE OF ACTION: §1983 CLAIM FOR VIOLATING OF THE ESTABLISHMENT CLAUSE OF THE FIRST AMENDMENT

5.1    Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

5.2    In answering the allegations contained in paragraph 5.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

5.3    In answering the allegations contained in paragraph 5.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

5.4    In answering the allegations contained in paragraph 5.4 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 13**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

5.5    Defendant denies the allegations contained in paragraph 5.5 of plaintiffs' complaint.

5.6    In answering the allegations contained in paragraph 5.6 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

5.7    Defendant denies the allegations contained in paragraph 5.7 of plaintiffs' complaint.

5.8    Defendant denies the allegations contained in paragraph 5.8 of plaintiffs' complaint.

5.9    Defendant denies the allegations contained in paragraph 5.9 of plaintiffs' complaint.

5.10    Defendant denies the allegations contained in paragraph 5.10 of plaintiffs' complaint.

**6.    SECOND CAUSE OF ACTION: EMPLOYMENT DISCRIMINATION (HOSTILE WORK ENVIRONMENT) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, *AS AMENDED*, 42 U.S.C. § 2000E-2(A)**

6.1    Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

6.2    In answering the allegations contained in paragraph 6.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 14**

law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

6.3    In answering the allegations contained in paragraph 6.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

6.4    Defendant denies the allegations contained in paragraph 6.4 of plaintiffs' complaint.

6.5    Defendant denies the allegations contained in paragraph 6.5 of plaintiffs' complaint.

6.6    Defendant denies the allegations contained in paragraph 6.6 of plaintiffs' complaint.

**7.    THIRD CAUSE OF ACTION: EMPLOYMENT DISCRIMINATION (HARASSMENT) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, *AS AMENDED*, 42 U.S.C. § 2000E-2(A)**

7.1    Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

7.2    Defendant denies the allegations contained in paragraph 7.2 of plaintiffs' complaint.

7.3    In answering the allegations contained in paragraph 7.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 15

law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

7.4    Defendant denies the allegations contained in paragraph 7.4 of plaintiffs' complaint.

7.5    Defendant denies the allegations contained in paragraph 7.5 of plaintiffs' complaint.

## 8.    FOURTH CAUSE OF ACTION: EMPLOYMENT DISCRIMINATION BASED ON RELIGION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, *AS AMENDED*, 42 U.S.C. § 2000E-2(A)

8.1    Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

8.2    In answering the allegations contained in paragraph 8.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

8.3    Defendant denies the allegations contained in paragraph 8.3 of plaintiffs' complaint.

8.4    Defendant denies the allegations contained in paragraph 8.4 of plaintiffs' complaint.

8.5    Defendant denies the allegations contained in paragraph 8.5 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 16**

8.6    Defendant denies the allegations contained in paragraph 8.6 of plaintiffs' complaint.

8.7    Defendant denies the allegations contained in paragraph 8.7 of plaintiffs' complaint.

8.8    Defendant denies the allegations contained in paragraph 8.8 of plaintiffs' complaint.

**9.    FIFTH CAUSE OF ACTION:  RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, *AS AMENDED*, 42 U.S.C. § 2000E-2(A)**

9.1    Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

9.2    In answering the allegations contained in paragraph 9.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

9.3    In answering the allegations contained in paragraph 9.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

9.4    Defendant denies the allegations contained in paragraph 9.4 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 17**

9.5    Defendant denies the allegations contained in paragraph 9.5 of plaintiffs' complaint.

9.6    Defendant denies the allegations contained in paragraph 9.6 of plaintiffs' complaint.

9.7    Defendant denies the allegations contained in paragraph 9.7 of plaintiffs' complaint.

**10.    SIXTH CAUSE OF ACTION: EMPLOYMENT DISCRIMINATION (HOSTILE WORK ENVIRONMENT) BASED ON RELIGION IN VIOLATION OF THE WASHINGTON LAW AGAINST DISCRIMINATION (WLAD), RCW 49.60.180**

10.1    Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

10.2    In answering the allegations contained in paragraph 10.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

10.3    In answering the allegations contained in paragraph 10.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

10.4    Defendant denies the allegations contained in paragraph 10.4 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 18**

10.5   Defendant denies the allegations contained in paragraph 10.5 of plaintiffs' complaint.

### 11.   SEVENTH CAUSE OF ACTION:  EMPLOYMENT DISCRIMINATION (HARASSMENT) BASED ON RELIGION IN VIOLATION OF THE WASHINGTON LAW AGAINST DISCRIMINATION (WLAD), RCW 49.60.180

11.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

11.2   In answering the allegations contained in paragraph 11.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

11.3   Defendant denies the allegations contained in paragraph 11.3 of plaintiffs' complaint.

11.4   Defendant denies the allegations contained in paragraph 11.4 of plaintiffs' complaint.

11.5   Defendant denies the allegations contained in paragraph 11.5 of plaintiffs' complaint.

### 12.   EIGHTH CAUSE OF ACTION:  EMPLOYMENT DISCRIMINATION BASED ON RELIGION IN VIOLATION OF THE WASHINGTON LAW AGAINST DISCRIMINATION (WLAD), RCW 49.60.180

**DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 19**

12.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

12.2   In answering the allegations contained in paragraph 12.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

12.3   Defendant denies the allegations contained in paragraph 12.3 of plaintiffs' complaint.

12.4   Defendant denies the allegations contained in paragraph 12.4 of plaintiffs' complaint.

12.5   Defendant denies the allegations contained in paragraph 12.5 of plaintiffs' complaint.

12.6   Defendant denies the allegations contained in paragraph 12.6 of plaintiffs' complaint.

**13.    NINTH CAUSE OF ACTION:  RETALIATION IN VIOLATION OF THE WASHINGTON LAW AGAINST DISCRIMINATION (WLAD), RCW 49.60.210**

13.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

13.2   In answering the allegations contained in paragraph 13.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 20

law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

13.3   In answering the allegations contained in paragraph 13.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

13.4   Defendant denies the allegations contained in paragraph 13.4 of plaintiffs' complaint.

13.5   Defendant denies the allegations contained in paragraph 13.5 of plaintiffs' complaint.

13.6   Defendant denies the allegations contained in paragraph 13.6 of plaintiffs' complaint.

13.7   Defendant denies the allegations contained in paragraph 13.7 of plaintiffs' complaint.

13.8   Defendant denies the allegations contained in paragraph 13.8 of plaintiffs' complaint.

## 14.   TENTH CAUSE OF ACTION:  TORT OF NEGLIGENCE INFLICTION OF EMOTIONAL DISTRESS IN VIOLATION OF THE WASHINGTON COMMON LAW

14.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 21**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

14.2   In answering the allegations contained in paragraph 14.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

14.3   Defendant denies the allegations contained in paragraph 14.3 of plaintiffs' complaint.

14.4   Defendant denies the allegations contained in paragraph 14.4 of plaintiffs' complaint.

**15.    ELEVENTH CAUSE OF ACTION:  TORT OF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS IN VIOLATION OF THE WASHINGTON COMMON LAW**

15.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

15.2   Defendant denies the allegations contained in paragraph 15.2 of plaintiffs' complaint.

15.3   In answering the allegations contained in paragraph 15.3 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

15.4   Defendant denies the allegations contained in paragraph 15.4 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 22**

15.5   Defendant denies the allegations contained in paragraph 15.5 of plaintiffs' complaint.

**16.   TWELFTH CAUSE OF ACTION:  TORT OF WRONGFUL DISCHARGE IN VIOLATION OF WASHINGTON STATE LAW**

16.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

16.2   In answering the allegations contained in paragraph 16.2 of plaintiffs' complaint, defendant responds that said paragraph only contains conclusions of law and no factual allegations therefore no response is required.  To the extent said paragraph does contain allegations of fact those allegations are denied.

16.3   Defendant denies the allegations contained in paragraph 16.3 of plaintiffs' complaint.

16.4   Defendant denies the allegations contained in paragraph 16.4 of plaintiffs' complaint.

16.5   Defendant denies the allegations contained in paragraph 16.5 of plaintiffs' complaint.

16.6   Defendant denies the allegations contained in paragraph 16.6 of plaintiffs' complaint.

16.7   Defendant denies the allegations contained in paragraph 16.7 of plaintiffs' complaint.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 23**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

16.8   Defendant denies the allegations contained in paragraph 16.8 of plaintiffs' complaint.

### 17.   THIRTEENTH CAUSE OF ACTION: WASHINGTON STATE TORT OF OUTRAGE

17.1   Defendant realleges all previous paragraphs, admissions and denials as fully set forth herein.

17.2   Defendant is without sufficient information or belief to admit or deny the allegations contained in paragraph 17.2 of plaintiffs' complaint and therefore denies the same.

17.3   Defendant denies the allegations contained in paragraph 17.3 of plaintiffs' complaint.

17.4   In answering the allegations contained in paragraph 17.4 of plaintiffs' complaint, defendant denies that plaintiff Aaron Shepard was discriminated against because of his religious beliefs and/or refusal to participate in a certain church.  As the remaining allegations contained in said paragraph contain only conclusions of law and not allegations of fact no further response is required by defendant.  To the extent the remaining allegations of said paragraph do contain allegations of fact, those allegations are denied.

17.5   Defendant denies the allegations contained in paragraph 17.5 of plaintiffs' complaint.

### ALL ALLEGATIONS NOT EXPRESSLY ADMITTED ARE DENIED

DEFENDANT'S ANSWER AND
AFFIRMATIVE DEFENSES - 24

**AFFIRMATIVE DEFENSES**

Defendant asserts by way of affirmative defenses the following:

1.    Plaintiffs have failed to state a claim upon which relief can be granted.

2.    All conduct alleged by the plaintiffs was lawful.

3.    The plaintiffs' damages, if any, were caused by plaintiffs themselves and/or third parties over whom the defendant exercised no control or right to control.

4.    The plaintiffs have failed to mitigate their damages, if any.

5.    Plaintiffs' claims are barred, in whole, or part by the applicable statute of limitations.

6.    The plaintiffs have waived their claims or are otherwise estopped from pursuing said claims.

8.    The plaintiffs' claims are barred by laches.

9.    The plaintiffs have failed to satisfy a necessary condition precedent to bringing this lawsuit, namely the filing of an administrative claim for damages pursuant to RCW 4.96 et seq.

10.    Due to plaintiffs' failure to timely and properly commence this action the Court lacks jurisdiction.

**PRAYER FOR RELIEF**

Defendant requests the following relief:

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 25**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

1.    Plaintiffs' complaint be dismissed with prejudice;

2.    Plaintiffs be awarded nothing;

3.    Defendant be awarded its reasonable attorney's fees and costs pursuant to applicable statute, case law or recognized ground in equity for litigating this matter; and

4.    For such other and further relief as the court deems just and equitable under the circumstances.

DATED this 12th day of May, 2023

> s/KIRK A. EHLIS (WSBA #22908)
> Attorneys for Defendant
> Chelan County
> Menke Jackson Beyer, LLP
> 807 North 39th Avenue
> Yakima, Washington 98902
> Telephone: (509) 575-0313
> Fax: (509) 575-0351
> Email: kehlis@mjbe.com

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 26**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Nick Andrews, WSBA # 40441
Nick@campichelaw.com

Daniel F. Horne, WSBA # 54528
Dan@campichelaw.com

Jeffery M. Campiche, WSBA #7592
Jeff@campichelaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/KIRK A. EHLIS (WSBA #22908)
Attorneys for Defendant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES - 27**