# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPARD, individually, and on behalf of the marital community,<br><br>                                    Plaintiff,<br><br>v.<br><br>CHELAN COUNTY, by and through its Agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>                                    Defendants. | **Case No.**  2:23-CV-0041-TOR<br><br>**CIVIL MINUTES**<br><br>**DATE:  6/29/2023**<br><br>**LOCATION:  Telephonic**<br><br>**SCHEDULING CONFERENCE** |

### JUDGE THOMAS O. RICE

| Linda Hansen | | Allison Anderson |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk**          **Interpreter** | **Court Reporter** |

| Daniel F Horne | Kirk A Ehlis |
|---|---|
| **Plaintiffs' Counsel** | **Defense Counsel** |

**[  ] Open Court**          **[  ] Chambers**          **[ X ] Telephonic**

Parties present by telephone.   The Court has reviewed the file and the submission of the parties.

The Court set a Jury Trial for 9/9/2024 in Yakima and set a deadline to Amend Pleadings / Add Parties of 8/31/2023.   Initial Disclosures will be exchanged today.

The Court advised counsel that he is available for informal discovery dispute conferences, if needed. The Court further advised that senior judges, bankruptcy judges and magistrate judges in this district are available to assist with mediation.

The Court will enter a detailed written scheduling order.

| CONVENED:  8:12 AM | ADJOURNED:  8:15 AM | TIME: 3 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|