Campiche Andrews Horne Trial Lawyers, PLLC
111 Queen Anne Ave N, Suite 510
Seattle, Washington 98109
(T) 206.281.9000
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPARD, individually, and on behalf of the marital community,<br><br>Plaintiffs,<br>v.<br><br>CHELAN COUNTY, by and through its agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>Defendants. | NO. 2:23-cv-00041-TOR<br><br>NOTICE OF APPEARANCE<br><br>[Clerk's Action Required] |

TO: The Clerk of the Court and to all parties and their attorneys of record.

PLEASE TAKE NOTICE THAT Ricco C. Sanchez of Campiche Andrews Horne Trial Lawyers, PLLC hereby joins the other counsel of record in appearing for Plaintiffs Aaron and Nichole Shepard in this action.

**NOTICE OF APPEARANCE** - 1

1 | DATED this 21st day of March, 2024.

2

3 By _s/Ricco C. Sanchez
Nick Andrews, WSBA No.40441
Daniel F. Horne, WSBA No. 54528
4 Jeffery M. Campiche WSBA No. 7592
Ricco C. Sanchez, WSBA No. 54895
5 CAMPICHE ANDREWS HORNE
TRIAL LAWYERS, PLLC
6 Attorneys for Plaintiffs Aaron Shepard & Nichole Hankins
111 Queen Anne Avenue N. Suite 510
7 Seattle, WA 98109
Tele: 206.281.9000
8 Facsimile: 206.281.9111
Email addresses:
9 Nick@campichelaw.com
Dan@campichelaw.com
10 Jeff@campichelaw.com
Ricco@campichelaw.com
11 Melina@campichelaw.com
Savannah@campichelaw.com

**NOTICE OF APPEARANCE** - 2     **CAMPICHE ANDREWS HORNE TRIAL LAWYERS, PLLC**
111 Queen Anne Ave N, Suite 510
Seattle, WA 98109
T: (206) 281-9000 F: (206) 281-9111

# CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on March 21, 2024, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

KIRK A. EHLIS, WSBA #22908
JANET ROSE, Legal Assistant
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, WA 98902
kehlis@mjbe.com
janet@mjbe.com

By *s/Melina Lara*
Melina Lara
Melina Lara, Paralegal
Campiche Andrews Horne
111 Queen Anne Avenue N. Suite 510
Seattle, Washington 98109
Phone: (206) 281-9000
Melina@Campichelaw.com

NOTICE OF APPEARANCE - 3

CAMPICHE ANDREWS HORNE
TRIAL LAWYERS, PLLC
111 Queen Anne Ave N, Suite 510
Seattle, WA 98109
T: (206) 281-9000 F: (206) 281-9111