Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPARD, individually, and on behalf of the marital community, | ) ) ) ) )  **NO. 2:23-CV-00041-TOR** |
| Plaintiffs, | ) )  ***[PROPOSED]*** |
| vs. | ) )  **ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| CHELAN COUNTY, by and through its Agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation, | ) ) ) ) |
| Defendants. | ) ) ) |

THIS MATTER came before United States District Court Judge Thomas O. Rice upon defendants' motion for partial summary judgment without oral argument. Having considered the pleadings and papers filed by the parties in connection with this matter, and all other matters properly before the Court, and good cause appearing therefore, the Court rules as follows:

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT - 1**

IT IS HEREBY ORDERED THAT defendants' Fed. R. Civ. P. 56 motion for partial summary judgment should be and hereby is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that all claims and causes of action alleged by the plaintiffs against defendant Chelan County Sheriff's Office are hereby **DISMISSED WITH PREJUDICE**.

IT IS HEREBY FURTHER ORDERED that all claims and causes of action alleged by the plaintiffs under and/or based upon 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE**.

IT IS HEREBY FURTHER ORDERED that all claims and causes of action alleged by the plaintiffs under and/or based upon Washington state law are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED THIS _____ day of _____, 2025.

_____
THOMAS O. RICE
United States District Judge

**[*PROPOSED*] ORDER GRANTING
DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Nick Andrews, WSBA # 40441
Nick@campichelaw.com

Daniel F. Horne, WSBA # 54528
Dan@campichelaw.com

Jeffery M. Campiche, WSBA #7592
Jeff@campichelaw.com

Ricco C. Sanchez, WSBA #54895
Ricco@campichelaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/KIRK A. EHLIS (WSBA #22908)
Attorneys for all Defendants
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

[*PROPOSED*] ORDER GRANTING
DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT - 3

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351