Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
(509) 575-0313
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPARD, individually, and on behalf of the marital community,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHELAN COUNTY, by and through its Agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>    Defendants. | NO. 2:23-CV-00041-TOR<br><br>DEFENDANTS' LCivR 56.1(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT |

Pursuant to LCivR 56(c)(1)(A) defendants submit this statement of material facts not in dispute in support of defendants' motion for partial summary judgment:

1. Defendant Chelan County, Washington (the "County"), hired plaintiff Aaron J. Shepard ("Mr. Shepard") as a deputy sheriff on March 18, 2013. [Ehlis Decl. ¶ 6, Ex. B pp. 6, 9, 10; see ECF No. 4 at ¶¶ 1.3, 4.1.]

**DEFENDANTS' LCivR 56.1(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 1**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

2.  The decision to hire Mr. Shepard as a deputy sheriff was made and/or ratified by Brian Burnett ("Sheriff Burnett"), who, at that time, was the County's sheriff. [Ehlis Decl. Ex. B pp. 9, 10.]

3.  On March 1, 2022, Mr. Shepard submitted his written notice of resignation as a deputy sheriff with the County to Sheriff Burnett. [*Id.* at Ex. B p. 8.] Mr. Shepard informed Sheriff Burnett that his final day of employment with the County was to be March 29, 2022. [*Id.* at Ex. B p. 8.]

4.  In accordance with his resignation notice, Mr. Shepard's employment with the County ended on March 29, 2022. [*Id.* at B pp. 6, 7; *see* ECF No. 4 at ¶ 1.2.]

5.  The plaintiffs commenced the above-entitled action on February 13, 2023. [ECF No. 1 at pp. 1-23.] The only named defendants in this case are the County and its sheriff's office. [ECF No. 1 at p. 1 and ¶¶ 1.3, 2.3, 2.4; ECF No. 4 at ¶¶ 1.3, 2.3, 2.4.] No current or former officials, officers, or employees of the County have been named as defendants to this action. [ECF No. 4 at pp. 1-24.]

6.  Under the jury trial scheduling order entered by the Court on June 29, 2023, the deadline for the parties to file a motion to amend the pleadings or add parties was August 31, 2023. [ECF No. 14 at p. 2.] This deadline passed without the plaintiffs amending their pleadings to join/add any current or former officials, officers, or employees of the County as defendants to this action. [Ehlis Decl. ¶ 4;

**DEFENDANTS' LCivR 56.1(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 2**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

*see* ECF No. 4.] To date, the plaintiffs still have not amended their pleading to join/add any current or former officials, officers, or employees of the County as defendants to this action. [Ehlis Decl. ¶ 4; *see* ECF No. 4.]

7. The claims being asserted by the plaintiffs in the above-entitled action include several tort claims based upon Washington state law. [ECF No. 4 at pp. 17-24.]

8. Washington's Tort Claims Act (the "TCA") relating to local governmental entities, such as the County, is set forth at Ch. 4.96 RCW. [*See* Moore Decl. ¶ 3, Ex. A p. 1.]

9. A local governmental entity is required by RCW 4.96.020 to appoint an agent to receive any claim for damages made under the TCA. [*See* Moore Decl. Ex. B p. 1.] The County has designated the County auditor as its agent to receive claims for damages made under the TCA. [Moore Decl. ¶ 3, Ex. A p. 1.]

10. Prior to the plaintiffs' commencement of the above-entitled action they failed to file and/or submit a written claim for damages relating to their state law tort claims alleged herein to the County's auditor or the County auditor's office. [Moore Decl. ¶¶ 9, 10; *see* ECF No. 1 at ¶¶ 3.1-3.3; *see also* ECF No. 4 at ¶¶ 3.1-3.3.]

11. To date, the plaintiffs have never filed and/or submitted a written claim for damages relating to their state law tort claims alleged in the above-

**DEFENDANTS' LCivR 56.1(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 3**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

entitled action to the County's auditor or the County auditor's office. [Moore Decl. ¶ 11.]

DATED this 6th day of December, 2024

          s/KIRK A. EHLIS (WSBA #22908)
          Attorneys for Defendants
          Chelan County and Chelan
          County Sheriff's Office
          Menke Jackson Beyer, LLP
          807 North 39th Avenue
          Yakima, Washington 98902
          Telephone: (509) 575-0313
          Fax: (509) 575-0351
          Email: kehlis@mjbe.com

**DEFENDANTS' LCivR 56.1(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 4**

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically served the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Nick Andrews, WSBA # 40441
Nick@campichelaw.com

Daniel F. Horne, WSBA # 54528
Dan@campichelaw.com

Jeffery M. Campiche, WSBA #7592
Jeff@campichelaw.com

Ricco C. Sanchez, WSBA #54895
Ricco@campichelaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

s/KIRK A. EHLIS (WSBA #22908)
Attorneys for all Defendants
Menke Jackson Beyer, LLP
807 North 39th Avenue
Yakima, Washington 98902
Telephone: (509) 575-0313
Fax: (509) 575-0351
Email: kehlis@mjbe.com

DEFENDANTS' LCivR 56.1(c) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE - 5

MENKE JACKSON BEYER
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351