FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON J. SHEPARD and NICOLE H. SHEPARD, individually, and on behalf of the marital community,<br><br>Plaintiff,<br><br>v.<br><br>CHELAN COUNTY, by and through its Agency the CHELAN COUNTY SHERIFF'S OFFICE, a Washington Municipal Corporation,<br><br>Defendants. | CASE NO. 2:23-CV-0041-TOR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

BEFORE THE COURT is Defendants' Motion for Partial Summary Judgment (ECF No. 21) and the parties' Stipulated Motion for Partial Summary Judgment (ECF No. 26). The Court has reviewed the record and files herein and is fully informed.

Plaintiffs filed their Complaint with this Court on February 13, 2023 alleging thirteen claims of relief. ECF No. 1. Defendants have filed a motion for

ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 1

partial summary judgment (ECF No. 21) and now the parties have stipulated to the dismissal of certain claims in accordance with Defendant's motion (ECF No. 26). First, the parties stipulate to dismissing all claims made against Chelan County Sheriff's Office. Second the parties stipulate to dismissing all claims made against Chelan County pursuant to 42 U.S.C. § 1983 and those arising under Washington state law. Specifically, Plaintiffs' first and sixth through thirteenth cause of action.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendants' Stipulated Motion for Partial Summary Judgment (ECF No. 26) is **GRANTED**.

2. Defendants' Motion for Partial Summary Judgment (ECF No. 21) is **GRANTED**.

3. Defendant Chelan County Sheriff's Office is **DISMISSED** with prejudice. The Clerk shall terminate this party from the docket.

4. Plaintiffs' 42 U.S.C. § 1983 claims are **DISMISSED with prejudice**.

5. Plaintiffs' claims arising under Washington state law are **DISMISSED with prejudice**.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

DATED January 24, 2025.



ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 2

THOMAS O. RICE
United States District Judge